FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 MAY -2 PM 1:14

CLERK [signature]
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIAM M. LEWIS,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

CASE NO.: CV 405-29
CR403-176

O R D E R

Before the Court is the Report and Recommendation of the Magistrate Judge recommending that Petitioner's habeas petition be dismissed as untimely. After careful review, the Court finds that the Magistrate miscalculated Petitioner's limitations period and that the Petition was filed within one year of the date that Petitioner's conviction became final. Accordingly, the Court will not adopt the Magistrate's Report and Recommendation. The Clerk of the Court is **DIRECTED** to provide the United States Attorney with this Order and a copy of the Petition. The Court **DIRECTS** Respondent to file an answer or response within **thirty days** from the date of this Order and Petitioner to furnish the United States Attorney in Savannah, Georgia with copies of all future pleadings.

**SO ORDERED** this 2nd day of May, 2005.

[signature]
WILLIAM T. MOORE, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

William M. Lewis )

vs ) CASE NUMBER CV405-029

United States of America ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/2/05, which is part of the official record of this case.

Date of Mailing: 5/3/05

Date of Certificate [X] same date, or ______

Scott L. Poff, Clerk

By: [signature]
Deputy Clerk

Name and Address

CRIMINAL
Amy Lee Copeland, Esq., U.S. Attorney's Office, P.O. Box 8970,Savannah, GA 31412
William M. Lewis, FCI Jesup, 11669-021, 2600 HWY 301 South, Jesup, GA 31599

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [ ] Copy given to Magistrate